UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00138-RLY-DML |
| | ) | |
| DANNY RAY WILLIAMS, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

The court, upon agreement of the parties, VACATED the sentencing hearing set

for February 13, 2020 and RESET hearing to **JANUARY 14, 2021 at 10:00 a.m.**   The

defendant is ordered to appear, with counsel, before the Honorable Richard L. Young,

Judge, in room 349, U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204.

**SO ORDERED** this 14th day of February 2020.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record